IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL ROBINSON,

     Plaintiff,                          No. CIV S-10-1750 EFB P

  vs.

M. MARTEL, et al.,

     Defendants.                ORDER

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

       Currently pending is plaintiff's January 20, 2011 motion for voluntary dismissal. Subject to exceptions not applicable here, a plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A). Defendants have not yet appeared in this action.

       Accordingly, it is ORDERED that this case is dismissed without prejudice.

Dated: January 31, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE